# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BIG BRIDGE HOLDINGS, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 14 C 8052 ) |
| TWIN CITY FIRE INSURANCE COMPANY, | ) ) |
| Defendant. | ) ) |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff Big Bridge Holdings, Inc. and defendant Twin City Fire Insurance Company hereby stipulate that all claims and counterclaims in this action shall be, and hereby are, voluntarily dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: December 3, 2015

| BIG BRIDGE HOLDINGS, INC. | TWIN CITY FIRE INSURANCE CO. |
|---|---|
| By: s/ Christopher C. Dickinson<br>One of Its Attorneys | By: s/ Charles C. Lemley (with permission)<br>One of Its Attorneys |

Craig C. Martin
Christopher C. Dickinson
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
cdickinson@jenner.com

Charles C. Lemley
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000
clemley@wileyrein.com

Regina A. Ripley
GORDON & REES, LLP
One N. Franklin St.
Suite 800
Chicago, IL 60606
(312) 565-1400
rripley@gordonrees.com

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Stipulation for Voluntary Dismissal to be served upon all counsel of record via ECF on December 3, 2015.

/s/ Christopher C. Dickinson